IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:00-CR-55-1H
No. 4:16-CV-132-H

AARON JEROME LYLES,
    Petitioner,

v.

**ORDER**

UNITED STATES OF AMERICA,
    Respondent.

This matter was stayed by this court's order, pending resolution of <u>Brown</u>. [DE #148]. In light of the petition for certiorari filed in <u>Brown</u>, respondent's motion to lift the stay and motion to dismiss, [DE #150], is DENIED IN PART to the extent respondent moves to lift the stay. For good cause shown, petitioner's motion to stay, [DE #155], is GRANTED, and this matter will remain STAYED pending the United States Supreme Court's resolution of <u>United States v. Brown</u>, 868 F.3d 297, 298 (4th Cir. 2017), <u>reh'g en banc denied</u>, 891 F.3d 115 (4th Cir. 2018), <u>petition for cert. filed</u>, (U.S. May 29, 2018) (No. 17-9276), at which time petitioner shall file a response or other appropriate filing regarding his 28 U.S.C. § 2255 motion within 30 days. Respondent shall file a response within 30 days after petitioner's filing.

This 10TH day of July 2018.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#35