UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-6047

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

v.

AARON JEROME LYLES,

        Defendant - Appellant.

No. 25-6048

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

v.

AARON JEROME LYLES,

        Defendant - Appellant.

Appeals from the United States District Court for the Eastern District of North Carolina, at Elizabeth City and Greenville. Louise W. Flanagan, District Judge. (4:00-cr-00055-FL-1; 2:00-cr-00024-FL-1)

Submitted: March 27, 2025                          Decided: April 1, 2025

2

Before THACKER and BERNER, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Aaron Jerome Lyles, Appellant Pro Se. David A. Bragdon, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aaron Jerome Lyles appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motions for compassionate release. We have reviewed the record and find no reversible error. *See United States v. Davis*, 99 F.4th 647, 653-56, 657-59 (4th Cir. 2024) (stating standard of review, addressing determinations district court must make to grant relief, addressing parameters governing district court's consideration of factors raised for relief, and acknowledging that court need not equally weigh all factors). Accordingly, we affirm the district court's order. *United States v. Lyles*, Nos. 4:00-cr-00055-FL-1; 2:00-cr-00024-FL-1 (E.D.N.C. Jan. 8, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*